## DISCIPLINARY DOCKET

**94–1746. In re Resignation of Bledsoe.**
IT IS ORDERED by this court, *sua sponte*, that Samuel C.D. Bledsoe, a.k.a. Samuel Carter Diffey Bledsoe, Attorney Registration No. 0024079, last known address in Washington, D.C., is found in contempt for failure to comply with this court's order of September 2, 1994, to wit, failure to

surrender his Certificate of Admission and failure to file an affidavit of compliance on or before October 3, 1994.